1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   EASTERN DISTRICT OF CALIFORNIA
10                           ----oo0oo----
11  PHILIP MORRIS USA, INC.,
                                        NO. CIV. S-02-2315 WBS DAD
12              Plaintiff,
13  v.
14  MUNIR YASIN, et al.,
15              Defendants.
    _____/    <u>RELATED CASE ORDER</u>
16
    UNITED STATES OF AMERICA,
17
                Plaintiff,               NO. CIV. S-06-0133 LKK GGH
18  v.
19  M & S MARKET, INC., a California
    corporation doing business as
20  M & S MARKET, et al.,
21              Defendants.
    _____/
22
23                           ----oo0oo----
24          Examination of the above-entitled actions reveals that
25  these actions are related within the meaning of Local Rule 83-
26  123, E.D. Cal. (1997). The actions involve the same plaintiff and
27  are based on the same or similar claim.  Accordingly, the
28  assignment of the matters to the same judge is likely to effect a

1  substantial saving of judicial effort and is also likely to be
2  convenient for the parties.
3      The parties should be aware that relating the cases
4  under Local Rule 83-123 merely has the result that these actions
5  are assigned to the same judge; no consolidation of the actions
6  is effected.
7      IT IS THEREFORE ORDERED that the action denominated
8  Civ. S-06-0133 LKK-GGH be, and the same hereby is, reassigned to
9  WILLIAM B. SHUBB for all further proceedings.  Henceforth the
10 captions on all documents filed in the reassigned case shall be
11 shown as Civ. S-06-0133 WBS-DAD and any dates currently set in
12 this reassigned case only is hereby VACATED.
13     IT IS FURTHER ORDERED that the Clerk of the Court make
14 appropriate adjustment in the assignment of civil cases to
15 compensate for this reassignment.
16     IT IS SO ORDERED.
17 DATED:  January 25, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE